■ LAWRENCE FRANKLIN et al., Respondents, and LEAGUE OF WOMEN VOTERS OF NASSAU COUNTY, Intervenor-Respondent, v STANLEY W. KRAUSE, as Clerk of the Board of Supervisors of the County of Nassau, et al., Defendants, and RALPH G. CASO et al., Appellants.—Motion by Bernard Flaton and four others (1) for leave to appear *amici curiae* upon this appeal from a judgment of the Supreme Court, Nassau County, entered August 20, 1975, and (2) for a stay. Motion granted to the extent of permitting the movants to file a brief *amici curiae,* and otherwise denied. Hopkins, Acting P. J., Cohalan, Brennan and Munder, JJ., concur.

■ SHELBORNE BEACH CLUB, INC., Respondent, v JOHN E. HELLMAN et al., Appellants.—In an action for a permanent injunction to restrain defendants from selling certain merchandise in violation of the provisions of a lease, defendants appeal from an order of the Supreme Court, Queens County, dated May 30, 1975, which, *inter alia,* granted plaintiff's motion for a preliminary injunction. Order reversed, with $20 costs and disbursements, and motion denied, with a direction that this case be tried immediately. On a motion for a preliminary injunction, the movant must prove three things: (1) the likelihood of its ultimate success on the merits; (2) irreparable injury to it absent the granting of the preliminary injunction; and (3) a balancing of the equities *(Albini v Solork Assoc.,* 37 AD2d 835). It was error for Special Term to grant the preliminary injunction because plaintiff failed to prove irreparable injury absent the granting of the requested relief. Rabin, Acting P. J., Cohalan and Margett, JJ., concur; Latham and Christ, JJ., dissent and vote to affirm, without opinion.